SEP 23 '25 PM3:09
RCV'D - USDC FLO SC

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No.: 4:25cr1139 |
| ) | 18 U.S.C. § 922(a)(6) |
| vs. ) | 18 U.S.C. § 922(d) |
| ) | 18 U.S.C. § 924(d)(1) |
| **KRISTEN TAYLOR PORTER** ) | 28 U.S.C. § 2461(c) |
| ) | **SEALED INDICTMENT** |

## COUNT 1
*(False Statement During Purchase of a Firearm)*

**THE GRAND JURY CHARGES:**

On or about February 16, 2025, in the District of South Carolina, the defendant, **KRISTEN TAYLOR PORTER**, knowingly made a false written statement to a federally licensed firearm dealer in connection with the acquisition of a firearm and the statement was intended or likely to deceive such firearms dealer with respect to a fact material to the lawfulness of the sale of the firearm to the defendant, to wit: when purchasing a Beretta M9, 9mm pistol and a Marlin Model 1895, .45-70 lever action rifle from Academy Sports, the Defendant falsely responded "Yes" to Question 21.a on ATF Form 4473 affirming that she was "the actual transferee/buyer of all the firearm(s) listed on this form . . ." when in fact she was purchasing one or both of the firearms for another person;

In violation of Title 18, United States Code, Section 922(a)(6).

3

## COUNT 2
*(False Statement During Purchase of a Firearm)*

**THE GRAND JURY FURHER CHARGES:**

On or about March 1, 2025, in the District of South Carolina, the defendant, **KRISTEN TAYLOR PORTER**, knowingly made a false written statement to a federally licensed firearm dealer in connection with the acquisition of a firearm and the statement was intended or likely to deceive such firearms dealer with respect to a fact material to the lawfulness of the sale of the firearm to the defendant, to wit: when purchasing a Glock Model 27, .40 pistol and a Taurus 605, .357 Magnum revolver from Academy Sports, the Defendant falsely responded "Yes" to Question 21.a on ATF Form 4473 affirming that she was "the actual transferee/buyer of all the firearm(s) listed on this form . . ." when in fact she was purchasing one or both of the firearms for another person;

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 3
*(Transfer to a Prohibited Person)*

**THE GRAND JURY FURHER CHARGES:**

On or about March 1, 2025, in the District of South Carolina, the defendant, **KRISTEN TAYLOR PORTER**, knowingly sold and otherwise disposed of a firearm and ammunition to another person, who at that time had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: the Defendant sold and otherwise disposed of a Glock Model 27, .40 pistol to Cameron Dennett;

In violation of Title 18, United States Code, Section 922(d).

## COUNT 4
*(Transfer to a Prohibited Person)*

**THE GRAND JURY FURHER CHARGES:**

On or about March 1, 2025, in the District of South Carolina, the defendant, **KRISTEN TAYLOR PORTER**, knowingly sold and otherwise disposed of a firearm and ammunition to another person, who at that time was a fugitive from justice, to wit: the Defendant sold and otherwise disposed of a Glock Model 27, .40 pistol to Cameron Dennett;

In violation of Title 18, United States Code, Section 922(d).

## COUNT 5
*(Transfer to a Prohibited Person)*

**THE GRAND JURY FURHER CHARGES:**

On or about March 1, 2025, in the District of South Carolina, the defendant, **KRISTEN TAYLOR PORTER**, knowingly sold and otherwise disposed of a firearm and ammunition to another person, who at that was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, to wit: the Defendant sold and otherwise disposed of a Glock Model 27, .40 pistol to Cameron Dennett;

In violation of Title 18, United States Code, Section 922(d).

## FORFEITURE

FIREARM OFFENSES:

Upon conviction for felony violation of Title 18, United States Code, Section 922, as charged in this Indictment, the Defendant, **KRISTEN TAYLOR PORTER**, shall forfeit to the United States all of the Defendant's rights, title, and interest in:

(a)  Any firearms and ammunition (as defined in 18 U.S.C. § 921)-

  (1)  involved in or used in any knowing violation of 18 U.S.C. § 922 or violation of any other criminal law of the United States.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offenses charged in this Indictment includes, but is not limited to, the following:

Firearms:

(1) Glock Model 27, .40 caliber handgun
Serial Number: CCPG094

(2) Smith & Wesson, Model M&P 380 Shield., 380 caliber pistol
Serial Number: RJT5572

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

4

A <u>True</u> Bill

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
Everett McMillian
Assistant United States Attorney
401 W. Evans Street, Room 222
Florence, SC 29501
Tel: 843-665-6688
Everett.McMillian@usdoj.gov

5